UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, acting through the United States Department of Housing and Urban Development (HUD)<br><br>Plaintiff<br><br>v.<br><br>ELENA IRIZARRY AND MANUEL IRIZARRY as Members of the Estate of Hector Manuel Irizarry Villalba a/k/a Hector M. Irizarry Villalba a/k/a Manuel Irizarry Villalba a/k/a Hector Irizarry Villalba, and John Doe and Richard Roe as Unknown Members of the Estate of Héctor Manuel Irizarry-Villalba or as Parties in Interest<br><br>Defendants | CIVIL NO.<br><br>Re: Foreclosure of Mortgage<br>IN REM |

**COMPLAINT**

TO THE HONORABLE COURT:

COMES NOW the United States of America, acting through the United States Department of Housing and Urban Development (HUD), through the undersigned attorney, who respectfully alleges and prays as follows:

1. Jurisdiction of this action is conferred on this Court by 28 U.S.C. Section 1345.

2. Plaintiff, which is organized and exists under the provisions of the Housing and Urban Development Act of 1965, 42 U.S.C. §3101 et seq., is the owner and holder of 2 promissory notes that affect the property described further below

3. The first promissory note was executed for the amount of **$217,500,** with annual interest of 3.494%, dated October 28, 2009. ***Exhibit 1***.

1

4. To secure the reverse mortgage obligation of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed #301. *Exhibit 2.*

5. Also on October 28, 2009, a second note -for the same amount and interest of the first note- and a second mortgage deed were executed in favor of plaintiff as part of the transaction. *Exhibits 3 and 4.*

6. The obligations evidenced by the Notes are secured by the following property, recorded before the PR Property Registry as follows, in the original Spanish language:

> URBANA: Solar treinta y cinco, Bloque FK, Irlanda Heights, también conocida como la Duodécima Sección de Santa Juanita, Barrio Guaraguao de Bayamón, Puerto Rico, con cabida de quinientos cuarenta y nueve metros cuadrados y cincuenta y seis centímetros de otro. Colindando: Por el NOROESTE, con solar treinta y cuatro del Bloque FK, distancia de veintisiete metros; por el ESTE, con Calle Polares, distancia de veintisiete punto trece metros dos punto ochenta metros en arco; por el SUROESTE, con solar treinta y seis, distancia de treinta y un metros con ochenta y seis centímetros, NOROESTE, con solar seis, distancia de once punto veinticinco metros. Contiene una casa residencial de hormigón y bloques para una sola familia compuesta de sala, comedor, cocina, tres cuartos dormitorios, dos baños y marquesina; contiene estufa, nevera y calentador. ORIGIN: Segregated from property number 31,711, recorded at page 223 of volume 688 of Bayamón Sur.
>
> PROPERTY 36, 327, recorded at page 11 of volume 803 of Bayamón Sur. Registry of the Property of Puerto Rico, Section I of Bayamón. Copy of a title search confirming the existence of the lien is attached as *Exhibit 5*.

7. The instant complaint is filed as an *in rem* judicial foreclosure claim.

8. Plaintiff has been informed that the original debtor, Mr. Héctor Manuel Irizarry-Villalba (a.k.a. Manuel Irizarry-Villalba) has died.

9. In view of the death of Mr. Héctor Manuel Irizarry-Villalba, the present judicial claim is filed against his heirs and members of the Estate of Mr. Héctor Manuel Irizarry-Villalba, known and unknown, all of whom are indispensable parties to the present judicial

foreclosure claim, because they have an interest in the property subject to foreclosure and are the legal heirs to the original debtor.

10. The following defendants are known members of the Estate of Mr. Héctor Manuel Irizarry-Villalba: Elena Irizarry and Manuel Irizarry, both of whom are parties in interest, as they are members of the Estate of Mr. Héctor Manuel Irizarry-Villalba, and have an interest over the property subject to foreclosure as members of the Estate.

11. Furthermore, plaintiff includes as co-defendants, under the fictitious names of John Doe and Richard Roe, any other heir unknown heir(s) as of the date of the filing of this judicial claim. These unknown heirs are parties in interest in this complaint. They also have an interest \over the property subject to foreclosure.

12. The defendants breached the loan obligations mentioned above by not making all of the required payments. Therefore, the loans are due in full.

13. As of July 25, 2024, plaintiff has a claim for $201,251.07 arising from the loan obligations.

14. The above balance includes $91,345.67 of principal, plus interests that continue to accrue at the rate of $50.67/day until full payment of the obligation, plus other costs and fees consistent with the loan and security agreement.

15. Copy of an official Certificate of Indebtedness is attached as ***Exhibit 6.***

## VERIFICATION

I, Desarai Blanton, of legal age, as an authorized officer of HUD, under the penalty of perjury, as permitted by Section 1746 of Title 28, United States Code, declare and certify:

1) My name and personal circumstances are stated above;

2) I sing the Verification in this complaint as the legal and authorized representative of the plaintiff;

3) Plaintiff has a legitimate cause of action against the defendants above named which warrants the granting of relief requested in said complaint.

4) Defendants are a necessary and legitimate party to this action in view of the fact that they originated or assumed the mortgage obligation subject of this foreclosure, or bought the property subject to said mortgage, or have an interest in the property subject to foreclosure.

5) From the information available to me and based upon the documents in the agency in charge of the oversight of this obligation, there is no information indicative that any defendant has been declared incompetent by a court of justice with authority to make such a declaration.

6) I have carefully read the allegations contained in this complaint and they are true and correct to the best of my knowledge and to the documents contained in the files of federal agency I represent.

7) I have carefully examined the Exhibits included to this complaint which are true and correct copies of the originals. The mortgage deeds have been duly recorded in the Property Registry.

I make the foregoing declaration under penalty of perjury, as permitted under Section 1746 of Title 28, United States Code.

In San Juan, Puerto Rico, this 25 day of September 2025.

*Desarai Blanton*
Desarai Blanton


PRAYER

WHEREFORE, plaintiff demands judgment as follows:

a) That defendants breached the contractual obligations claimed in this complaint;

b) All legal rights, titles and interests which the defendants may have in the

property(ies) described in this complaint and any building or improvement thereon, be sold at public auction, as part of the judicial foreclosure of the mortgage lien(s) securing each loan obligation;

c) That the defendants and all persons claiming or who may claim by, from or under them, be absolutely barred and foreclosed from all rights and equity of redemption in and to said loan security;

d) If the proceeds of said sale exceeds the sum of money to be paid to the United States as aforesaid, any such excess be deposited with the Clerk of this Court, subject to further orders from the Court;

e) Once the property is auctioned and sold, it is requested to the Clerk of this Court to issue a writ addressed to the Registry of the Property, ordering the cancellation of the foreclosed mortgage(s) and of any other junior liens recorded therein;

f) For such further relief as in accordance with law and equity may be proper.

In San Juan, Puerto Rico, on this  25  day of September 2025.

/s/ Juan Carlos Fortuño Fas
JUAN CARLOS FORTUÑO FAS
USDCPR 211913
FORTUÑO & FORTUÑO FAS, C.S.P.
P.O. BOX 3908
GUAYNABO, PR 00970
TEL. 787-751-5290
FAX. 787-751-6155
Email: dcfilings@fortuno-law.com

F:\1521\1521.459 Manuel Villalba\2025-09-16 Complaint (In Rem).docx